UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| KATHERINE MORGAN, | )<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) No. 2:15-cv-00107-GZS |
| CAROLYN W. COLVIN, in her<br>Official Capacity as Acting<br>Commissioner of Social Security, | )<br>)<br>)<br>) |
| Defendant | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 7, 2016, his Recommended Decision (ECF No. 99). Plaintiff filed her Objection to the Recommended Decision (ECF No. 100) on December 22, 2016. Defendant filed her Response to Plaintiff's Objection to the Recommended Decision (ECF No. 103) on January 12, 2017.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Plaintiff having conceded that Defendant is entitled to summary judgment on Counts II and III and having failed to make out a triable issue of the existence of a

materially adverse employment action with respect to Count I, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 63) is **GRANTED**,

/s/George Z. Singal_____
U.S. District Judge

Dated this 23rd day of January, 2017.